LAW OFFICES OF



# STEINHARDT, SISKIND & LIEBERMAN
### LLC

Michael D. Steinhardt
mds@steinhardtlawfirm.com

Keith R. Siskind
krs@steinhardtlawfirm.com

Jordan E. Lieberman
jel@steinhardtlawfirm.com

Quarterfield Center
808 Landmark Drive, Suite 227
Glen Burnie, Maryland 21061-9998
www.steinhardtlawfirm.com

December 28, 2020

Telephone:
410-766-7630

Toll Free:
1-866-902-4111

Fax:
410-766-8794
410-766-7631

**VIA FAX: 1-207-766-3448**
United Healthcare
P.O. Box 3898
Portland, ME 04104
**ATTN.: CHRISTOPHER MULLEN**

Re: My client: Steven Jennings
D/O/B: 2/12/82

Dear Mr. Mullen:

I acknowledge receipt of your letter of December 23, 2020 in which United Healthcare denied Mr. Jennings' appeal of his claim for long term disability benefits.

Accordingly, please forward to my attention a complete copy of the United Healthcare Administrative Record from the time of Mr. Jennings' appeal of September 23, 2020, including but not limited to all updated claim activity notes and medical reviews. Once I have an opportunity to review the updated information then a determination will be made whether to proceed with a lawsuit. It is my understanding that suit must be filed on or before December 23, 2023.

If you should have any questions please do not hesitate to contact me.

Thank you for your anticipated cooperation.

Very truly yours,

Keith R. Siskind

KRS/acc