
**UnitedHealthcare**
**Specialty Benefits**

P.O. Box 3898 Portland, ME 04104
Tel 888 305 0610   Fax 207 766 3448

January 12, 2021

Steinhardt, Siskind and Lieberman, LLC
Keith R. Siskind, Esq.
808 Landmark Drive, Suite 227
Glen Burnie, MD 21061

**Re:   Steven Jennings**

Dear Attorney Siskind,

We are writing in response to your letter dated January 11, 2021. In your letter you request that we provide additional information related to the Administrative Record after the appeal of September 23, 2020, including all claim activity notes.

As indicated in our prior response to you, dated December 29, 2020, we have provided the necessary documentation related to your client's appeal, with the exception of certain documents that were withheld or redacted, as they are business proprietary documents or contain attorney-client privileged information.

As such, no additional information will be provided to you as we have previously sent the documentation requested.

Should you have any questions regarding this matter, please contact me at the number listed below.

Sincerely,

*Christopher Mullen*

Christopher Mullen
(888) 305-0610