IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEVEN JENNINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO.: 1:21-cv-00376-RDB<br>:<br>:<br>:<br>:<br>: |

## ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant United Healthcare Insurance Company, by and through its attorneys, hereby answers Plaintiff's Complaint and asserts affirmative defenses as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. No answer is required to this paragraph as it states conclusions of law. To the extent any response is required, it is admitted only that venue is proper in this Court.

5. Admitted upon information and belief.

6. Admitted.

7. Admitted in part and denied in part. It is admitted that Plaintiff was hired on October 28, 2019 as a Computer Engineer for Strategic Data Systems, Inc. Defendant is without knowledge or information sufficient to form a belief as to whether Plaintiff is still employed with Strategic Data Systems, Inc.

8. Admitted.

9.  Admitted in part and denied in part. It is denied that the right cerebellar hemangioblastoma was discovered on February 7, 2020 as Plaintiff was previously operated on for the same condition in the same location. The remaining averments are admitted.

10.  Admitted.

11.  Admitted.

12.  Admitted.

## COUNT I

13.  Defendant incorporates by reference its responses to the Complaint in the preceding paragraphs as though they were set forth here in full.

14.  Admitted. By way of further response, Plaintiff is not entitled to any relief.

15.  Admitted.

16.  Admitted.

17.  Denied.

18.  Denied. By way of further response, Plaintiff received treatment and had symptoms related to Von Hippel-Lindau Disease during the look-back period.

19.  Denied.

20.  Denied.

21.  Denied.

22.  Denied.

## COUNT II

23.  Defendant incorporates by reference its responses to the Complaint in the preceding paragraphs as though they were set forth here in full.

24.  No answer is required to this paragraph as it states conclusions of law.

25. Admitted.

26. Denied as stated.

27. Denied as stated.

28. Denied as stated.

29. Denied.

WHEREFORE, Defendant United Healthcare Insurance Company denies liability to Plaintiff and requests that the Court enter judgment in its favor and against Plaintiff on all claims.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim against Defendant.

2. Defendant is not the Plan Administrator.

3. Defendant is not a proper defendant to a claim for penalties under ERISA.

4. No benefits are owed under the Policy or the Plan.

5. Plaintiff's claim is barred by the Policy's pre-existing conditions limitation.

6. Plaintiff received a full and fair review.

7. The denial of the claim was not wrong.

8. The denial of the claim was not an abuse of discretion.

9. The denial of the claim was not influenced by any conflict of interest.

10. Plaintiff's claimed disability was caused by or contributed to by a pre-existing condition.

11. Von Hippel-Lindau Disease is a pre-existing condition as defined by the Policy.

12. Plaintiff received Treatment for and had symptoms of Von Hippel-Lindau Disease during the three months prior to his Effective Date of Insurance.

1600158v.1

WHEREFORE, Defendant United Healthcare Insurance Company denies liability to Plaintiff and requests that the Court enter judgment in its favor and against Plaintiff on all claims.

                                            Respectfully submitted,

                                            WILSON ELSER MOSKOWITZ
                                            EDELMAN & DICKER, LLP

By:    *s/Heather J. Austin*
        Heather J. Austin
        Two Commerce Square
        2001 Market Street
        Suite 3100
        Philadelphia, PA 19103
        Telephone: (215) 627-6900
        Facsimile: (215) 627-2665
        Heather.Austin@WilsonElser.com

        Attorneys for Defendant,
        United Healthcare Insurance Company

Date: February 19, 2021